JACQUES LEBAUDY, Respondent, *v.* CARNEGIE TRUST COMPANY et al., Defendants.
WILLIAM M. K. OLCOTT, Appellant.

*Lebaudy* v. *Carnegie Trust Co.,* 178 App. Div. 614, affirmed.
(Argued November 12, 1917; decided November 27, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1917, which reversed an order of Special Term fixing the lien of the appellant herein for legal services rendered the respondent and directing payment

out of a fund deposited with the city chamberlain of New York to the credit of this action. The sum attempted to be secured by the charging lien comprised two distinct items: (a) $5,060, "a disbursement" covering the services and expenditures in this action and in other matters, of a foreign attorney engaged by appellant on behalf of the respondent, which "disbursement" appellant had never made and for which he was not responsible. The Appellate Division entirely disallowed the appellant's claim as to this amount on the ground that he had not paid and was not liable for any part of the same. (b) $1,670, the general balance of an account covering appellant's services and disbursements, a small portion of which did and a large portion of which did not relate to this action. The Appellate Division disallowed the claim for this amount except as to such portion thereof, if any, as might appear in subsequent proceedings before the referee to be disbursements in this action, and for the amount whereof a lien was to be allowed.

*Walter E. Ernst* and *William M. K. Olcott* for appellant. *Edwin T. Murdoch* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.